*State v. Baylass,* 114 *N.J.* 169 (1989) and *State v. Molina,* 114 *N.J.* 181 (1989).

STATE OF NEW JERSEY v. REGINALD BATTLE.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH S. HAYES.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS A. RODGERS.

May 2, 1989.

Petition for certification denied.   (See 230 *N.J.Super.* 593).

STATE OF NEW JERSEY v. EDMOND L. CARTER.

May 2, 1989.

Petition for certification denied.